**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

VIA ECF

November 2, 2023

Hon. Philip M. Halpern

United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Corey Marrow; 22 Cr. 449 (PMH)

Dear Judge Halpern:

    I represented Corey Marrow as CJA counsel in the above matter.  Mr. Marrow was sentenced by your honor on his Felon in Possession of a Firearm Conviction on 2/21/2023 to 37 months incarceration and 3 years supervised release.  He also was sentenced on a VOSR Violation Petition at 16 CR 785-01 to a consecutive 8-month sentence.

    In accordance with Amendment 821 of the U.S. Sentencing Guideline Manuel, Mr. Marrow may qualify to seek a reduction in sentence based upon the retroactive application of this amendment.  In accordance with this Court's standing order at M10-468, I am requesting that I be reappointed as CJA counsel to investigate and if appropriate pursue on behalf of Mr. Marrow an application for sentence reduction under the guideline amendments.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

---

> Application granted. Mr. Vita is reappointed as the defendant's CJA counsel to investigate and if appropriate pursue an application for a sentence reduction under the guideline amendment.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          November 3, 2023